*E-FILED - 12/9/09*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

**MARTIN LUNA TORRES,**

Petitioner,

v.

**WARDEN DERRAL G. ADAMS,**

Respondent.

Case No. C 09-2431 RMW (PR)

**[] ORDER**

GOOD CAUSE APPEARING, it is hereby ordered that Respondent may have until February 22, 2010, to file its Answer to the Petition for Writ of Habeas Corpus or other responsive pleading.  If Petitioner wishes to respond to the Answer or other pleading, he shall do so by filing a Traverse or opposition with the Court and serving it on Respondent within 30 days of his receipt of respondent's Answer or other responsive pleading.

IT IS SO ORDERED.

Dated:  12/8/09

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge

1

[] Order (C 09-2431 RMW (PR))